| | |
|---|---|
| BURKHALTER KESSLER<br>CLEMENT & GEORGE LLP<br>Joshua A. Waldman, Esq., Bar No. 222859<br>Email: jwaldman@bkcglaw.com<br>2020 Main Street, Suite 600<br>Irvine, California 92614<br>Telephone: (949) 975-7500<br>Facsimile: (949) 975-7501<br>Attorneys for Plaintiff<br>Call Delivery Systems, LLC | COHEN SEGLIAS PALLAS<br>GREENHALL & FURMAN PC<br>Jonathan Landesman, Esq.<br>Dana B. Hasness, Esq.<br>1600 Market Street, 32nd Floor<br>Philadelphia, PA 19103<br>TEL: 215-564-1700<br>FAX: 215-564-3066<br>jlandesman@cohenseglias.com<br>dhasness@cohenseglias.com<br>Co-Counsel for Plaintiff (*pro hac vice*)<br>Call Delivery systems, LLC |

Michael P. Ring, Esq.
RING & ASSOCIATES
1234 SANTA BARBARA STREET
SANTA BARBARA CA 93101
TEL. 805-564-2333
FAX 805-564-8899
mpr@ringlaw.net
Attorney for Defendants
Daryl Morgan and
Call Haven Partners, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Call Delivery Systems, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Daryl Morgan, an individual; Call Haven Partners, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:20-cv-04637-CBM-PD<br><br>Honorable Consuelo B. Marshall<br><br>**TRIAL JUDGMENT**    JS-6<br><br>Complaint Filed: May 22, 2020<br><br>Trial Date: October 3, 2023 |

**TRIAL JUDGMENT**

## JUDGMENT

AND NOW, this 24 day of October, 2023, based upon the jury's verdict, judgment is entered as follows:

1. Judgment in favor of Defendants Daryl Morgan and Call Haven Partners, LLC on Plaintiff Call Delivery Systems, LLC's claims of misappropriation of trade secrets and breach of fiduciary duty of loyalty, and

2. Judgment in favor of Plaintiff, Call Delivery Systems, LLC on Defendant Daryl Morgan's counterclaims of breach of contract and waiting time penalties.

3. Attorney's fees and Costs of the parties to be determined on motions to be brought as provided by law.

BY THE COURT:

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT JUDGE

**TRIAL JUDGMENT**